SM

**FILED**
APR 18 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Douglas-Jamal: Bright
(full name of plaintiff or petitioner)

vs.

DOMINIQUE M. GANDY
JUDITH C. RICE
MAURA McMAHON ZELLER
AARON T. KORSON
(full name of defendant(s) or respondent(s))
DOUGLAS W. SCOFIELD

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)

Case: 1:23-cv-02420
Judge John J. Tharp, Jr
Magistrate Judge Heather K. McShain
RANDOM ASSIGNMENT

**Instructions:** Please answer every question.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. *Are you employed?*

    [ ] Yes  Name and address of employer: _____
    
    Total amount of monthly take-home pay: _____
    
    [✓] No  Date(s) of last employment: _____ Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [✓] Not married

    [ ] Yes  Name and address of spouse's employer: _____
    
    Total amount of spouse's monthly take-home pay: _____
    
    [ ] No  Date(s) of spouse's last employment: _____ Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

    (list the 12-month total for each)

    | Source | Amount |
    |---|---|
    | Self-employment, business, or profession: | $ — |
    | Income from interest or dividends: | $ — |
    | Income from rent payments: | $ — |
    | Pensions, annuities, or life insurance: | $ — |
    | Disability or worker's compensation: | $ — |
    | Gifts (including deposits into any accounts in your name): | $ — |
    | Unemployment, public assistance, or welfare: | $ — |
    | Settlements or judgments (include any that are expected): | $ — |
    | **Any other source of money**: | $ — |

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☑ Yes ☐ No  If yes, how much? __150 USD__

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:

   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☑ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   __N.S.G (Son)__
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:
   __None__
   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:
   __None__
   _____
   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 04/18/2023        By: _[signature]_
                             Applicant's signature

                         __Douglas-Jamal: Bright__
                             Printed name